**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fabian VAKSMAN, Defendant–
Appellant.**

No. 11–30240.

United States Court of Appeals,
Ninth Circuit.

Submitted March 6, 2012.*

Filed March 9, 2012.

Tyler Tornabene, Assistant U.S. Attorney, USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Nicolas Vernon Vieth, Esquire, Vieth Law Offices, Chtd. Coeur D'Alene, ID, for Defendant–Appellant.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Fabian Vaksman appeals from the district court's order denying his motion for dental services. We dismiss the appeal as moot.

Vaksman seeks an order requiring the United States Marshals Service to pay for dental services for him. In light of Vaks-

man's subsequent transfer to Bureau of Prisons' custody, the appeal is dismissed as moot. *See County of Los Angeles v. Davis,* 440 U.S. 625, 631, 99 S.Ct. 1379, 59 L.Ed.2d 642 (1979) (once a party is shown to lack a "legally cognizable interest in the outcome" of the adversary proceeding, the action is moot).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.